# EXHIBIT 2

| | | |
|---|---|---|
|  | **SUPERIOR COURT OF SAN MATEO COUNTY**<br>Civil Division<br>400 County Center, 1st Floor, Room A Redwood City, CA 94063<br>(650) 261-5100<br>www.sanmateocourt.org | FOR COURT USE ONLY<br><br># FILED<br>SAN MATEO COUNTY<br>3/8/2022<br>**Clerk of the Superior Court**<br>/s/ Unaloto Finau<br>DEPUTY CLERK |
| | PETITIONER/PLAINTIFF: **SANJIV N SINGH; SANJIV N SINGH, A PROFESSIONAL LAW CORPORATION, A CALIFORNIA CORPORATION** | |
| | RESPONDENT/DEFENDANT: **TYLER TECHNOLOGIES, INC., A DELAWARE CORPORATION; DOES 1 THROUGH 50** | |
| | **NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**22-CIV-00985** |

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **Robert D Foiles** in **Department 21.**

**An Initial Case Management Conference is set before the Civil Commissioner, as follows:**
**DATE: 7/6/2022**
**TIME: 9:00 AM**
**LOCATION: 1050 Mission Road, South San Francisco, CA 94080**

APPEARANCES SHALL BE REMOTE ONLY.  Please visit our website at for information on remote appearances: https://www.sanmateocourt.org/general_info/remote_appearance.php

---

ASSIGNED DEPARTMENT INFORMATION

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateocourt.org/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| Robert D Foiles | 650-261-5121 | Dept21@sanmateocourt.org |

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference.  The date, time and department are noted above.

1. In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
    a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
    b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: http://sanmateocourt.org/court_divisions/civil/
    c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)).  Failure to do so may result in monetary sanctions or the continuance of the CMC.

    d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at http://sanmateocourt.org/court_divisions/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateocourt.org/civiljudges

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court or ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date: 3/8/2022

Neal I Taniguchi, Court Executive Officer/Clerk

By: /s/ Unaloto Finau
      Unaloto Finau, Deputy Clerk

Notice being served on:

SANJIV N SINGH
SANJIV N SINGH A PROFESSIONAL LAW CORPORATION
1650 SOUTH AMPHLETT BOULEVARD
SUITE 220
SAN MATEO CA  94402

MICHAEL INDRAJANA
INDRAJANA LAW GROUP A PROFESSIONAL LAW CORPORATION
1650 SOUTH AMPHLETT BOULEVARD
SUITE 220
SAN MATEO CA  94402