# EXHIBIT 3

1  JASON N. HAYCOCK (SBN 278983)
   jason.haycock@klgates.com
2  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Telephone:  (415) 882-8200
4  Facsimile:   (415) 882-8220

5  Attorneys for Defendant
   TYLER TECHNOLOGIES, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| SANJIV N. SINGH, an individual; and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION, a California Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 22-CIV-00985<br><br>**DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>Complaint Filed:  March 7, 2022<br>Trial Date:          TBD |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on April 7, 2022. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice, results in the removal of this action to Federal Court and deprives this Court of jurisdiction to proceed any further in this case.

**K&L GATES LLP**

Dated: April 7, 2022     By: _____
JASON N. HAYCOCK

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

---

1
**DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**