BETH W. PETRONIO, *pro hac vice forthcoming*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5815
Facsimile:   (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJIV N. SINGH, an individual; and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATIOn, a California Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No.<br><br>**DEFENDANT TYLER TECHNOLOGIES, INC.'S CERTIFICATION PURSUANT TO CIVIL L. R. 3-15**<br><br>(San Mateo County Superior Court Case No. 22-CIV-00985)<br><br>Complaint Filed:  March 7, 2022<br>Trial Date:           TBD |

1 | Pursuant to Civil L. R. 3-15, the undersigned certifies that as of this date, other than the named
2 | parties, there is no such interest to report.

**K&L GATES LLP**

Dated: April 7, 2022          By: */s/ Jason N. Haycock*
                                   BETH W. PETRONIO
                                   JASON N. HAYCOCK

                                   Attorneys for Defendant
                                   TYLER TECHNOLOGIES, INC.

# PROOF OF SERVICE

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On **April 7, 2022**, I served the document(s) described as:

**DEFENDANT TYLER TECHNOLOGIES, INC.'S**
**CERTIFICATION PURSUANT TO CIVIL L. R. 3-15**

together with an unsigned copy of this declaration on the interested parties in this action by delivering a true copy thereof addressed as follows:

| | |
|---|---|
| Sanjiv N. Singh<br>SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION<br>1650 S. Amphlett Blvd., Suite 220<br>San Mateo, CA 94402<br>T: (650) 389-2255<br>F: (415) 358-4006<br>admin@sanjivnsingh.com | **Attorneys for Plaintiffs**<br>SANJIV N. SINGH and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION |
| Michael B. Indrajana<br>INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION<br>1650 S. Amphlett Blvd., Suite 220<br>San Mateo, CA 94402<br>(650) 597-0928<br>michael@indrajana.com | |

☒   **BY ELECTRONIC SERVICE:** I transmitted a true copy of the document(s) listed above to the e-mail addresses of the addressee(s) as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 7, 2022**, San Francisco, California.

_/s/ T. Lianne Jitodai_
T. Lianne Jitodai

RECYCLED PAPER