BETH W. PETRONIO, *pro hac vice forthcoming*
beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:  (214) 939-5815
Facsimile:   (214) 939-5849

JASON N. HAYCOCK (SBN 278983)
jason.haycock@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANJIV N. SINGH, an individual; and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION, a California Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:22-cv-02195-AGT<br><br>**STIPULATED EXTENSION OF TIME FOR TYLER TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Magistrate Judge Alex G. Tse<br><br>Complaint Filed:  March 7, 2022<br>Removed to District Court:  April 7, 2022<br>Trial Date:  TBD |

Pursuant to Rule 6-1(a) of the Civil Local Rules for the United States District Court for the Northern District of California, by and through their undersigned counsel, Defendant Tyler Technologies, Inc. ("Defendant") and Plaintiffs Sanjiv N. Singh and Sanjiv N. Singh, A Professional Law Corporation ("Plaintiffs") agree and stipulate as follows:

**WHEREAS**, Plaintiffs filed their complaint on March 7, 2022, in San Mateo County Superior Court as Case No. 22-CIV-00985;

**WHEREAS**, Defendant filed a Notice of Removal on April 7, 2022, removing the matter to this Court as Case No. 3:22-cv-02195-AGT;

**WHEREAS**, Defendant's response to the complaint is due on or before April 14, 2022;

**WHEREAS**, Defendant and Plaintiffs agree that Defendant's response date to the complaint is extended to May 12, 2022;

**WHEREAS**, pursuant to Civil Local Rule 6-1(a), the stipulated extension will not alter the date of any event or any deadline already fixed by Court order;

**NOW THEREFORE**, it hereby stipulated and agreed among the Parties that Defendant's response to the complaint is now due on or before May 12, 2022.

**K&L GATES LLP**

Dated: April 12, 2022    By: */s/ Jason N. Haycock*
BETH W. PETRONIO
JASON N. HAYCOCK
Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

**INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION**

Dated: April 12, 2022    By: */s/ Michael B. Indrajana*
Michael B. Indrajana

Attorney for Plaintiffs SANJIV N. SINGH, an individual; and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

                                   /s/ Jason N. Haycock

                                   Jason N. Haycock