UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANJIV N. SINGH, et al.,

        Plaintiff(s),

v.

TYLER TECHNOLOGIES, INC.,

        Defendant(s).

Case No. 3:22-cv-02195-AGT

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: April 21, 2022

NAME: Jason N. Haycock

s/ *Jason N. Haycock*
*Signature*

COUNSEL FOR (OR "PRO SE"): Defendant TYLER TECHNOLOGIES, INC.

## PROOF OF SERVICE

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On **April 21, 2022**, I served the document(s) described as:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

together with an unsigned copy of this declaration on the interested parties as follows:

| | |
|---|---|
| Sanjiv N. Singh<br>SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION<br>1650 S. Amphlett Blvd., Suite 220<br>San Mateo, CA 94402<br>T: (650) 389-2255<br>F: (415) 358-4006<br>admin@sanjivnsingh.com | **Attorneys for Plaintiffs**<br>SANJIV N. SINGH and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION |
| Michael B. Indrajana<br>INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION<br>1650 S. Amphlett Blvd., Suite 220<br>San Mateo, CA 94402<br>(650) 597-0928<br>michael@indrajana.com | |

☒ **BY ELECTRONIC SERVICE:** I transmitted a true copy of the document(s) listed above to the e-mail addresses of the addressee(s) as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 21, 2022**, San Francisco, California.

*/s/ T. Lianne Jitodai*
T. Lianne Jitodai