SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiffs Sanjiv N. Singh, and Sanjiv N. Singh, a Professional Law Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SANJIV N. SINGH, an individual; and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: 3:22-cv-02195-AGT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Sanjiv N. Singh, and Sanjiv N. Singh, a Professional Law Corporation, by and through their attorneys, voluntarily dismiss without prejudice the entire case in the above captioned matter, with each party to bear its own costs and fees.

DATED:  April 21, 2022

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

By:  /s/ Sanjiv N. Singh
    Sanjiv N. Singh, Esq.

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By:  /s/ Michael B. Indrajana
    Michael B. Indrajana, Esq.

Attorneys for Plaintiffs SANJIV N. SINGH and SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION